UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC., and;
AEGIS INSURANCE SERVICES, INC.,
LIBERTY INTERNATIONAL UNDERWRITERS, INC.,     :   Civil Action No.
NATIONAL UNION INSURANCE COMPANY
OF PITTSBURGH, NUCLEAR ELECTRIC INSURANCE
LIMITED and UNDERWRITERS AT LLOYDS            :   **DISCLOSURE OF**
as subrogees of CONSOLIDATED EDISON COMPANY   :   **INTERESTED**
OF NEW YORK, INC.                             :   **PARTIES PURSUANT**
                                              :   **TO CIVIL RULE 7.1(a)**
                            Plaintiffs,

         - against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY :

                            Defendant.
-----------------------------------------------------------------------x

1.  Aegis Insurance Services, Inc. is a wholly owned subsidiary of Associated Electric and Gas Insurance Services Limited, which in turn is a mutual insurance company owned by its policyholders and is not a publicly traded entity.

2.  Liberty International Underwriters, Inc. is a subsidiary of Liberty Mutual Holding Company, which in turn is a mutual insurance company owned by its policyholders and is not a publicly traded entity.

3.  National Union Insurance Company of Pittsburgh, is a member company of American International Group, Inc., traded as "AIG."

4.  Nuclear Electric Insurance Limited is a mutual insurance company owned by its policyholders and is not a publicly traded entity.

5.  The corporate parent of Certain Underwriters at Lloyds, Syndicate 1225, is Associated Electric and Gas Insurance Services Limited, which in turn is a mutual insurance company owned by its policyholders and is not a publicly traded entity.

6. Consolidated Edison Company of New York, Inc. is a subsidiary of Con Edison, Inc., which is publicly traded as "ED."

Dated: New York, New York
       September 11, 2007

                              GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
                              Attorneys for Plaintiffs
                              Consolidated Edison Company of New York, Inc., and;
                              Aegis Insurance Services, Inc.,
                              Liberty International Underwriters, Inc.,
                              National Union Insurance Company of Pittsburgh,
                              Nuclear Electric Insurance Limited, and Certain
                              Underwriters at Lloyds, Syndicate 1225, all a/s/o
                              Consolidated Edison Company of New York, Inc.
                              45 Broadway Atrium - Litman Suite
                              New York, New York 10006
                              (212) 406-1919
                              Our File No.: 02-5514:241/1-A

                              By: _____
                                  MARK L. ANTIN (MA 0427)