UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CONSOLIDATED EDISON COMPANY OF            :
NEW YORK, INC., and;                      :
AEGIS INSURANCE SERVICES, INC.,           :
LIBERTY INTERNATIONAL UNDERWRITERS, INC., :
NATIONAL UNION INSURANCE COMPANY          :    07-cv-7969 (AKH)
OF PITTSBURGH, NUCLEAR ELECTRIC INSURANCE :
LIMITED and CERTAIN UNDERWRITERS AT LLOYDS :
(SYNDICATE 1225), all as subrogees of CONSOLIDATED :    **NOTICE OF**
EDISON COMPANY OF NEW YORK, INC.          :    **DISMISSAL**
                                          :    **WITHOUT**
                      Plaintiffs,         :    **PREJUDICE**
                                          :
        - against-                        :
                                          :
THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY :
                                          :
                      Defendant.          :
-------------------------------------------------------------------x

Please take notice that plaintiffs Consolidated Edison Company of New York, Inc., and; Aegis Insurance Services, Inc., Liberty International Underwriters, Inc., National Union Insurance Company of Pittsburgh, Nuclear Electric Insurance Limited and Underwriters at Lloyds as subrogees of Consolidated Edison Company of New York, Inc. discontinue the above-entitled action and dismiss the complaint without prejudice. Plaintiffs intend to refile their causes of action on or about November 20, 2007

Dated: New York, New York
       November 2, 2007
                Yours, etc.

                GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
                Attorneys for Plaintiffs
                45 Broadway Atrium - Litman Suite
                New York, New York 10006
                (212) 406-1919
                Our File No.: 02-5514:241/1-A

                By: _____
                MARK L. ANTIN (MA 0427)
                MICHAEL S. LEAVY (ML 6150)