```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

IN RE SEPTEMBER 11 LITIGATION                :        21 MC 97  (AKH)
                                             :        21 MC 101 (AKH)
------------------------------------------------------X        This document relates to:
                                             :        All cases
IN RE SEPTEMBER 11 PROPERTY DAMAGE           :
AND BUSINESS LOSS LITIGATION                 :
                                             :
------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for the respective parties hereto that the Cross-Claims by the Cross-Claims plaintiffs, The Port Authority of New York and New Jersey (the "PANYNJ") and additional cross-claim plaintiffs, WTC Retail LLC ("WTCR") and The Port Authority Trans-Hudson Corporation ("PATH") (all three entities collectively referred to as "The Port Authority"), contained in the Cross-Claims By The Port Authority Against Certain Defendants In Plaintiffs' Amended Flight 175 Master Liability Complaint and Cross-Claims By The Port Authority Against Certain Defendants In Plaintiff's Amended Flight 11 Master Liability Complaint, against defendant ATA Airlines, Inc. s/h/a American Trans Air, Inc. (hereinafter "ATA") are hereby dismissed without prejudice and without costs to either party as against the other.

Cross Claim Plaintiffs, The Port Authority reserves the right to recommence these Cross-Claims if they learn facts which confirm that any of the statements in the Affidavit of Cathy Miles, submitted on behalf of the ATA, are untrue. ATA agrees that any such reinstatement of the Cross-Claims will relate back to the date of the original filing and that it will not assert a statute of limitations defense to the refiled claims.

Dated: ~~November~~ December 18, 2007
Garden City, New York

/s/ Michael J. Crowley
Michael J. Crowley (MC/2821)
GALLAGHER, GOSSEEN
FALLER & CROWLEY
1010 Franklin Avenue, Suite 400
Garden City, NY 11530
(516) 742-2500

Attorneys for Defendant
ATA Airlines, Inc., s/h/a
American Trans Air, Inc.

/s/ Keith E. Harris
Keith E. Harris (KH/3162)
PORT AUTHORITY OF NEW YORK
AND NEW JERSEY
225 Park Avenue South, 18th Floor
New York, NY 10003

Attorneys for Cross-Claim Plaintiffs
The Port Authority of New York and New Jersey, WTC Retail LLC and The Port Authority Trans-Hudson Corporation

SO ORDERED: 12-19-07

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
United States District Judge